GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00169-PHX-JJT |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 933 |
| 1. Juan Daniel Lugo-Moya, (Counts 1–2, 7–32) | (Trafficking in Firearms) Count 1 |
| 2. Noe Lugo-Moya, (Counts 11–32) | 18 U.S.C. §§ 922(g)(5) and 924(a)(8) (Possession of a Firearm by an Alien Unlawfully Present in the United States) Count 2 |
| 3. Lisa Burke, (Counts 3–10) | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 3–6 |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and 2 (Material False Statement During The Purchase of a Firearm) Counts 7–32 |
| | 18 U.S.C. §§ 924(d), 934, and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 5, 2024, in the District of Arizona, Defendant JUAN DANIEL

LUGO-MOYA did receive from another person a firearm, to wit: one Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466, and one Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that such receipt constituted a felony.

In violation of Title 18, United States Code, Section 933.

### COUNT 2

On or about January 5, 2024, in the District of Arizona, Defendant JUAN DANIEL LUGO-MOYA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: one Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466, and one Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

### COUNTS 3 – 6

On or about the dates listed below, in the District of Arizona, Defendant LISA BURKE knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant LISA BURKE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant LISA BURKE resided at an address on Hoover Avenue in Mesa, Arizona, whereas in truth and fact, Defendant LISA BURKE knew that she resided at a different address:

| Count | Date | FFL Business |
|---|---|---|
| 3 | 12/13/2023 | MMP Guns |
| 4 | 12/18/2023 | Friendly Thrift & Pawn |

| 5 | 12/19/2023 | Friendly Thrift & Pawn |
|---|---|---|
| 6 | 1/5/2023 | MMP Guns |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 7 – 10**

On or about the dates listed below, in the District of Arizona, Defendant LISA BURKE knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that LISA BURKE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that she was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant JUAN DANIEL LUGO-MOYA:

| Count | Date | FFL Business |
|---|---|---|
| 7 | 12/13/2023 | MMP Guns |
| 8 | 12/18/2023 | Friendly Thrift & Pawn |
| 9 | 12/19/2023 | Friendly Thrift & Pawn |
| 10 | 1/5/2023 | MMP Guns |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 11 – 32**

On or about the dates listed below, in the District of Arizona, Defendant NOE LUGO MOYA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18,

- 3 -

United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that NOE LUGO-MOYA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant JUAN DANIEL LUGO-MOYA:

| Count | Date | FFL Business |
|---|---|---|
| 11 | 8/7/2023 | Glendale Pawn & Jewelry |
| 12 | 9/4/2023 | Friendly Thrift & Pawn |
| 13 | 10/6/2023 | Glendale Pawn & Jewelry |
| 14 | 10/11/2023 | Alpha Dog Firearms |
| 15 | 10/11/2023 | Friendly Thrift & Pawn |
| 16 | 10/13/2023 | MMP Guns |
| 17 | 10/13/2023 | Friendly Thrift & Pawn |
| 18 | 10/15/2023 | Friendly Thrift & Pawn |
| 19 | 10/20/2023 | Friendly Thrift & Pawn |
| 20 | 10/20/2023 | MMP Guns |
| 21 | 10/29/2023 | Friendly Thrift & Pawn |
| 22 | 10/29/2023 | MMP Guns |
| 23 | 11/3/2023 | Friendly Thrift & Pawn |
| 24 | 11/3/2023 | MMP Guns |
| 25 | 11/12/2023 | Arizona State Armory |
| 26 | 11/25/2023 | Alpha Dog Firearms |
| 27 | 11/25/2023 | MMP Guns |
| 28 | 12/1/2023 | Arizona State Armory |
| 29 | 12/8/2023 | Glendale Pawn & Jewelry |
| 30 | 12/9/2023 | MMP Guns |

| 31 | 12/16/2023 | Alpha Dog Firearms |
| 32 | 1/4/2024 | MMP Guns |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1–32 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 934, and 981; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1–32 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

///

- 5 -

All in accordance with Title 18, United States Code, Sections 924(d), 934, and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*/s/*
FOREPERSON OF THE GRAND JURY
Date:  May 22, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/*
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 6 -